# In the United States Court of Federal Claims

## INSTRUCTIONS FOR TRANSFERS FROM OTHER COURTS
## RULE 3.1

1. Eight copies, on 8½ x11" (letter size) paper, of the pending complaint filed in the other court shall be filed with the Clerk of this court within 28 days, from the date of the attached notice. The caption shall be changed as shown on the attached notice and shall appear as follows:

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PLAINTIFF'S [S'] name [s] as shown
on the other court complaint

v.

No. [as shown on attached notice]
Judge [as shown on the Notice of Assignment]

THE UNITED STATES [The United States
ONLY being designed as the party defendant]

COMPLAINT

2. In lieu of furnishing eight copies of the other court complaint as provided above, one may within the 28 days submit for filing an original plus seven copies of an amended complaint setting forth the transferred claims against the United States. Said amended complaint shall include the caption provided above and meet the form and size requirement of Rule 5.4 which is essentially letter-size.

3. The [transfer] complaint (or amended complaint) **SHALL BE FILED IN PAPER FORM** in accordance with Appendix E paragraph 8.

4. Where all required fees have been paid in the other court, no filing fee is required.

5. There shall be but one attorney of record for a party in any case at any time, and such attorney of record shall be an individual (and not a firm) who was been admitted to practice before this court (Rule 83.1). Since you were of record in the other court, you have been so noted here. If our records indicate that you are not admitted here, you will find enclosed the admission form and instructions. No pleading or paper of a party will be filed until the attorney of record has been admitted to practice.

6. As to further proceedings after the filing of the copies of the other court complaint, or amended complaint, see Rule 3.1(a)(3) and also note Rule 40.2 regarding related cases pending in this court.

7. The Court's Rules may be accessed through the court's website www.uscfc.uscourts.gov. A paper copy is available from the Clerk's Office upon request.

8. All papers and a completed application for admission, when applicable, must be forwarded to:

Clerk, U.S. Court of Federal Claims
717 Madison Place, NW
Washington, D.C. 20005

March 27, 2008