IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH HILLS TERRACE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-215C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Russell A. Shultis, replacing J. Reid Prouty, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Russell A. Shultis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7020
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7571
Facsimile: (202) 305-7643
E-mail: Russell.Shultis@usdoj.gov

Dated: June 19, 2008

**CERTIFICATE OF FILING**

I hereby certify that on June 19, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis