IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH HILLS TERRACE, INC., Plaintiff, | ) | |
| v. | ) | No. 08-215C (Chief Judge Damich) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 49 days, to and including Friday, August 15, 2008, within which to submit our response to the complaint. Our response is currently due on Friday, June 27, 2008. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, John Bell, has represented that plaintiff, North Hills Terrace, Inc., does not oppose our request.

This request is necessary because the undersigned counsel for the Government, to whom this case was recently transferred, has not received the litigation report from the agency involved. Because the litigation report is essential for formulating a response to this complaint, Government counsel will be unable to respond to the complaint within the time currently provided. The additional time sought will enable the undersigned counsel to review the litigation report, confer with agency counsel, draft a meaningful response, and submit it for the required review.

Additionally, the amount of time requested is necessary because the press of other matters prevents Government counsel from being able to submit the Government's response to the complaint in this case earlier than in the time requested in this motion. At approximately the

same time this case was transferred to Government counsel, counsel was assigned a bid protest in Career Training Concepts v. United States, No. 08-450 (Judge Horn). Consequently, Government counsel is currently engaged in an effort to produce several substantial filings so that case may proceed to decision on an expedited basis. Specifically, in Career Training Concepts, the Government has agreed to produce the administrative record on June 27, 2008, submit its opening brief on July 11, 2008, and file the response brief on July 16, 2008. Oral argument on those motions has not yet been scheduled, but a determination from the Court is needed by August 6, 2008, when the bridge contract currently being performed for the services required expires. Unfortunately, that schedule leaves little time for Government counsel to prepare a response to the complaint in this case.

For these reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

June 24, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 24th day of June 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis