IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **NORTH HILLS TERRACE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08-215C** |
| | ) | **(Chief Judge Damich)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 14 days, to and including Friday, August 29, 2008, within which to submit our response to the complaint. Our response is currently due on Friday, August 15, 2008. This is our second request for an enlargement of time for this purpose. Counsel for plaintiff, John Bell, has represented that plaintiff, North Hills Terrace, Inc. ("North Hills"), does not oppose our request.

This request is necessary so that counsel for the Government can obtain copies of two exhibits that are referenced in the complaint. Undersigned counsel for the Government recently learned that the appendix to the complaint in this case is not complete. Specifically, Exhibits F and G, referenced in paragraphs 23-25, were not provided with the complaint. Counsel for the Government and counsel for North Hills have discussed this matter and counsel for North Hills is in the process of providing the missing materials to both counsel and the Court. However, without the omitted exhibits, the allegations in the complaint remain unclear and are not capable of a meaningful response. Therefore, additional time is needed so that Government counsel can obtain the omitted exhibits, review those exhibits in light of the complaint, and formulate a

thoughtful response.

Additionally, the press of other matters prevented Government counsel from discovering the omission of the missing exhibits earlier. During the course of the past few weeks, Government counsel filed a motion to dismiss in Veda Pryor v. United States, No. 08-408C (Judge Christine O.C. Miller) on August 1, 2008, and an informal response brief in Linda Cowan v. Office of Personnel Management, No. 08-3278 (Fed. Cir.) on August 4, 2008. In Career Training Concepts v. United States, No. 08-450C (Judge Horn), Government counsel filed a motion to supplement the administrative record on July 31, 2008, a reply to the response to motion to supplement on August 5, 2008, and a response to plaintiff's motion for reconsideration on August 12, 2008.

For these reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

August 14, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 14th day of August 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis